# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Bradley J. Bellisario<br>Attorney at Law, Bar No. 13452 | Case No. 2:22-ms-00005<br>ORDER OF SUSPENSION |

On January 24, 2022, this Court entered an Order to Show Cause ("OSC"), via Electronic Mail, and mailed via certified mail with a Certified Mail Return Receipt. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender- Vacant-Unable to Forward." In any event, the OSC provided Mr. Bellisario with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Bellisario. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Bradley J. Bellisario, Bar No. 13452, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 25th Day of April 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 25th Day of April 2022, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Electronic Mail and via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

    Bradley J. Bellisario
    2945 N MLK Blvd.
    North Las Vegas, NV 89032

    Certified Mail No.: 7021 0950 0001 6737 4479

    Bradley J. Bellisario

    Electronic Mail: bradb@bellisariolaw.com