UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Bradley J. Bellisario<br>Attorney at Law, Bar No. 13452 | Case No. 2:22-ms-00005<br><br>ORDER OF DISBARMENT |

    Attorney Bradley J. Bellisario, California Bar No. 13452, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed April 7, 2022. On April 25, 2022, this Court issued and entered an initial Order to Show Cause (ECF No. 5 ("OSC")) mailed via certified mail. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to sender- Not Deliverable as addressed -Unable to forward". Regardless, the OSC provided Mr. Bellisario with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Bellisario. Failure to respond within thirty 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

    It is therefore ordered that Bradley J. Bellisario, Bar No. 13452, is hereby disbarred from practice in United States District Court for the District of Nevada.

DATED THIS 2nd Day of June 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 3rd day of June 2022, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Bradley J. Bellisario, Esq.
> 8317 Mountain Heather Court
> Las Vegas, NV 89149

Certified Mail No.: 7021 0950 0001 6737 4301

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada